**Electronically Filed
Supreme Court
SCWC-20-0000302
26-DEC-2024
11:19 AM
Dkt. 13 ODAC**

SCWC-20-0000302

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GABI KIM COLLINS,
Petitioner/Plaintiff-Appellant,

vs.

BANK OF AMERICA, N.A.; PUU HELEAKALA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000302; CASE NO. 1CC161000595)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Gabi Kim Collins's Application for Writ of

Certiorari, filed on October 28, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, December 26, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

